UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

MICHAEL SALAMI,

          Plaintiff,

Case No. 1:20-cv-21

Honorable Robert J. Jonker

v.

RANDEE REWERTS et al.,

          Defendants.
_____/

## ORDER TO SHOW CAUSE

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. This matter is presently before the Court on Plaintiff's motion to charge the Michigan Department of Corrections for photocopy fees (ECF No. 36). By order entered June 30, 2020, the Court directed Plaintiff to make five copies of his complaint and exhibits and return them to the Court for service. Plaintiff's motion and affidavit (ECF No. 38) indicate that Plaintiff is unable to make the copies and the library has refused to make them upon request.

The Court will order the Michigan Department of Corrections (MDOC) to provide copies of the complaint for service or show cause why Plaintiff is unable to obtain them. The MDOC's response to this Order shall be in the form of an affidavit and filed within fourteen days of the date of this Order. If the MDOC fails to timely provide the copies or file a response, the Court will direct the Clerk to make such copies as may be necessary and to charge the MDOC for the cost of copying at the Court's usual rate of $.50 per page. Therefore:

**IT IS ORDERED** that Plaintiff's motion is **GRANTED IN PART**; the MDOC must provide copies to Plaintiff of the complaint and exhibits or show cause, on or before fourteen

days from the date of this Order, by way of an affidavit that explains why Plaintiff has not been provided copies of his complaint and exhibits.

**IT IS FURTHER ORDERED** that if the MDOC fails to comply with this Order, the Clerk shall make such copies and charge the MDOC for the cost of copying at the Court's usual rate of $.50 per page.


Dated:  August 10, 2020                                          /s/ Ray Kent
                                                                 United States Magistrate Judge