UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SALAMI,

    Plaintiff,

v.

RANDEE REWERTS, *et al.*,

    Defendants.
_____/

CASE No. 1:20-CV-21

HON. ROBERT J. JONKER

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 13, 2020. (ECF No. 56). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 56) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the motion for summary judgment based on failure to exhaust filed by defendants Corizon Health, Inc. and Dr. Schmidt (ECF No. 34) is **GRANTED.** Defendants Corizon Health, Inc. and Dr. Schmidt are **DISMISSED** as defendants from this case.

Dated:    November 17, 2020      /s/ Robert J. Jonker
                                                              ROBERT J. JONKER
                                                              CHIEF UNITED STATES DISTRICT JUDGE